IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS, INDIANA

| | |
|---|---|
| MICHAEL WATSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:23-cv-02279 |
| | ) |
| RADIUS AEROSPACE, INC. | ) |
| | ) |
| Defendant, | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, name-above, complains of act and omissions by the Defendant. In support of his Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

**JURISDICTION**

1. This suit is authorized and instituted pursuant to the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621–634 and Title VII 42 U.S.C. § 2000e.

2. Plaintiff filed a charge with the Equal Employment Opportunity Commission ("EEOC") and received a notice to sue on October 20, 2023.

**PARTIES**

3. Plaintiff is a male, over the age of forty, and at all relevant times he resided in the Eastern District of Kentucky.

4. Defendant is a corporation doing business in the State of Indiana in the Southern District of Indiana.

**FACTS**

5. Plaintiff began working for Defendant in 1986, he resigned in or around 1996, but then began working for Defendant again in or around November 2000.

6. His most recent position was Supervisor.

7. Plaintiff performed his job well.

8. In October 2021, Plaintiff was training a female co-worker and gave her instructions on how to complete a particular task, but when he left to attend a meeting, the employee failed to follow instructions and made a mistake that caused the loss of an estimated $3,000 in parts. When the employee laughed at the mistake, Plaintiff asked her, "Are you that fucking stupid?"

9. In May 2022, Plaintiff applied for the Operations Manager position.

10. Plaintiff was never told why he did not get the position. However, Defendant hired a woman with less experience and seniority than Plaintiff.

11. In May 2022, Defendant asked Plaintiff if he had cursed at the female co-worker during the training in October 2022.

12. Plaintiff was terminated when he admitted that he had cursed at her.

13. However, a substantially younger employee, cursed at multiple employees on multiple occasions and was never terminated.

14. Similarly situated younger employees had engaged in acts of similar seriousness, but they were not terminated.

15. Plaintiff was terminated due to his age.

16. Plaintiff was not promoted due to his gender.

## COUNT I

17. Plaintiff incorporates by reference paragraphs 1-16.

18. Defendant, as a result of terminating Plaintiff due to his age, violated the Age Discrimination in Employment Act, 29 U.S.C. §§ 621–634.

## COUNT II

19. Plaintiff incorporates by reference paragraphs 1-16.

20. Defendant, as a result not promoting Plaintiff due to his gender, violated the

Title VII 42 U.S.C. § 2000e.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay and benefits lost;

B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

C. Award Plaintiff punitive damages;

D. Award Plaintiff liquidated damages;

E. Award Plaintiff his cost in this action and reasonable attorney fees;

F. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully Submitted

/s/ Amber K. Boyd
Amber K. Boyd 31235-49
Attorney for Plaintiff

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff and requests that this cause be tried by a jury.

Respectfully Submitted

/s/ Amber K. Boyd
Amber K. Boyd 31235-49
Attorney for Plaintiff

Amber K. Boyd 31235-49
Amber K. Boyd Attorney at Law
8510 Evergreen Avenue
Indianapolis, in 46240
(317) 960-5070