UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL WATSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-02279-TWP-TAB |
| RADIUS AEROSPACE, INC., | ) ) ) |
| Defendant. | ) |

### ORDER ON OCTOBER 29, 2024, SETTLEMENT CONFERENCE

Parties appeared in person and by counsel October 29, 2024, for a settlement conference. Settlement discussions were held, and this case is settled. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are vacated. The parties shall file a stipulation of dismissal within 30 days.

Date: 10/29/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email