IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MICHAEL WATSON,               )
                              )
     Plaintiff,               )
                              )
     v.                       )       Case No. 1:23-CV-02279-TWP-TAB
                              )
RADIUS AEROSPACE, INC.,       )
                              )
     Defendant.               )

### ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the parties' Joint Stipulation of Dismissal With Prejudice and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this case is DISMISSED WITH PREJUDICE. Each party shall bear her or its own costs and expenses.

Date: 12/20/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Service will be made electronically
on all ECF-registered counsel
of record via e-mail generated
by the Court's ECF system.